No. 10-8366. **Byron Williams, Petitioner v. United States.**

562 U.S. 1243, 131 S. Ct. 1534, 179 L. Ed. 2d 348, 2011 U.S. LEXIS 1121.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 620 F.3d 483.